IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE SEPULVEDA,** | **CIVIL NO. 1:14-CV-0135** |
| Petitioner | (Judge Rambo) |
| v. | |
| **WARDEN DAVID EBBERT,** | (Magistrate Judge Carlson) |
| Respondent | |

# O R D E R

AND NOW, this 8th day of July, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson.

2) The petition for writ of habeas corpus is **DENIED**.

3) This court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

                                          s/Sylvia H. Rambo
                                          United States District Judge